UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2017

|  |  |
|---|---|
| ALPARI (US), LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-cv-05269-LGS |
| CITIGROUP, INC., *et al.*, | ) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action without prejudice against defendants Citigroup, Inc. and Citibank, N.A. Voluntary dismissal is proper because: (1) defendants have not filed an answer, a motion to dismiss or a motion for summary judgment; (2) this dismissal will not bind or prejudice any party or member of the putative class, as the court has not considered or certified any class in this litigation thus far; and (3) this voluntary dismissal was entered into voluntarily by Plaintiffs with no promise or expectation of any payment of money or any consideration whatsoever. All parties to this litigation shall bear their respective costs.

The Clerk of Court is respectfully directed to close the case.

Dated: September 11, 2017
     New York, New York

SO ORDERED

[signature]

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ George A. Zelcs*
George A. Zelcs
Randall P. Ewing, Jr.
KOREIN TILLERY LLC

205 N. Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com
rewing@koreintillery.com

Christopher M. Burke
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: (619) 233-4565
cburke@scott-scott.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users.

      */s/ George A. Zelcs*
George A. Zelcs
KOREIN TILLERY LLC
205 N. Michigan Ave., Suite 1950
Chicago, IL 60606
Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com

*Counsel for Plaintiff*